UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFREY LYNN BELT,
    Plaintiff,

vs.                                          Case No.:  3:20cv5892/MCR/EMT

FBI, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

On November 12, 2020, the undersigned entered an order allowing Plaintiff thirty days in which to file an amended complaint in response to Plaintiff's request that he be allowed to do so in order to omit a party he inadvertently included (ECF No. 6).  The undersigned advised that failure to comply with the order as instructed likely would result in a recommendation that the case be dismissed for failure to prosecute or failure to comply with an order of the court (*id.*).  After more than thirty days passed and Plaintiff had not filed an amended complaint, the undersigned entered an order directing Plaintiff to show cause within thirty days why the matter should not be dismissed or, in the alternative, file an amended complaint (ECF No. 7).  The undersigned advised that failure to comply with the order as instructed would result in a recommendation that the case be dismissed (*id.*).  More than thirty days have passed, and Plaintiff has not complied.

Accordingly, it is respectfully **RECOMMENDED** that:

1. This case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to prosecute.

2. The clerk be directed to close the file.

At Pensacola, Florida, this 26th day of January 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 3:20cv5892/MCR/EMT