# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JEFFREY LYNN BELT,

    Plaintiff,

v.                              CASE NO. 3:20cv5892-MCR-EMT

FBI, et al.,

    Defendants.
_____/

## O R D E R

The chief magistrate judge issued a Report and Recommendation on January 26, 2021. ECF No. 8. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation, ECF No. 8, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to prosecute.

3. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 10th day of June 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv5892-MCR-EMT